Filed 2-20-04
Clerk, U. S. District Court
Western District of Texas
By _____ M.7. _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CHRISTOPHER MEDRANO, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | SA-02-CV-1003-RF |
| | § | |
| CITY OF SAN ANTONIO, | § | |
| Defendant. | § | |

## VERDICT FORM

THE JURY MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS.

### QUESTION NO. 1

DO YOU FIND, BY A PREPONDERANCE OF THE EVIDENCE, THAT THERE WERE SPECIAL CIRCUMSTANCES PRESENT IN THIS CASE THAT WOULD HAVE MADE AN EXCEPTION TO THE APPLICABLE SENIORITY POLICY REASONABLE?

ANSWER YES OR NO

ANSWER **YES**

### QUESTION NO. 2

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT A THIRD SHIFT ASSIGNMENT WAS AVAILABLE AT THE TIME CHRISTOPHER MEDRANO REQUESTED AN ACCOMMODATION THAT DID NOT CONFLICT WITH THE APPLICABLE SENIORITY POLICY.

ANSWER YES OR NO

ANSWER **YES**

W:\Furgeson\Galia\Civil\Medrano v. SA\JI.wpd (ver. February 20, 2004 (2:05pm)) -- PAGE 15

52

IF THE ANSWER TO QUESTION TWO IS YES, THEN ANSWER QUESTION THREE:

### QUESTION NO. 3

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT CHRISTOPHER MEDRANO WOULD HAVE ACCEPTED AN ASSIGNMENT TO THE THIRD SHIFT.

ANSWER YES OR NO

ANSWER _NO_

### QUESTION NO. 4

DO YOU FIND FROM A PREPONDERANCE OF THE EVIDENCE THAT THE CITY RETALIATED AGAINST CHRISTOPHER MEDRANO BY FAILING TO HIRE HIM BECAUSE HE HAD FILED PREVIOUS EEOC CHARGES OR A LAWSUIT AGAINST THE CITY.

ANSWER YES OR NO

ANSWER _YES_

IF THE ANSWER TO QUESTION ONE OR THREE OR FOUR IS YES, THEN ANSWER QUESTION NO. 5:

### QUESTION NO. 5

DO YOU FIND, FROM A PREPONDERANCE OF THE EVIDENCE, THAT CHRISTOPHER MEDRANO SUFFERED MENTAL ANGUISH BECAUSE OF THE

DEFENDANT'S FAILURE TO HIRE HIM FOR THE POSITION BEGINNING JULY 29, 2000.

ANSWER YES OR NO

ANSWER **YES**

IF THE ANSWER TO QUESTION FIVE IS YES, THEN ANSWER QUESTION SIX:

## QUESTION NO. 6

WHAT SUM OF MONEY, IF PAID NOW IN CASH, WOULD FAIRLY AND REASONABLY COMPENSATE CHRISTOPHER MEDRANO FOR HIS MENTAL ANGUISH, IF ANY, RESULTING FROM THE AIRPORT'S FAILURE TO HIRE HIM FOR THE POSITION THAT BEGAN ON JULY 29, 2000.

ANSWER IN DOLLARS AND CENTS, IF ANY, FOR EACH OF THE FOLLOWING:

A) PAST MENTAL ANGUISH

ANSWER **$70,000.00**

B) FUTURE MENTAL ANGUISH

ANSWER **$3,000.00**